# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF VERMONT

| | |
|---|---|
| CATHY WELCH, Administrator of the Estate of G.W., R.H., T.W., T.F., D.H., B.C., and A.L., by Next Friend Norma Labounty,<br>    Plaintiffs,<br><br>v.<br><br>KENNETH SCHATZ, KAREN SHEA, CINDY WOLCOTT, BRENDA GOOLEY, JAY SIMONS, KEVIN HATIN, ARON STEWARD, MARCUS BRUNNELL, JOHN DUBUC, WILLIAM CATHCART, BRYAN SCRUBB, NICHOLAS WEINER, DAVID MARTINEZ, CAROL RUGGLES, TIM PIETTE, DEVIN ROCHON, AMELIA HARRIMAN, MELANIE D'AMICO, EDWIN DALE, ERIN LONGCHAMP, CHRISTOPHER HAMLIN, and ANTHONY BRICE, all in their individual capacities,<br>    Defendants. | Civil Action No. 5:21-cv-00283 |

## STIPULATED MOTION TO ALTER JUDGMENT OF MARCH 6, 2023

The parties hereto, through the undersigned counsel, stipulate and jointly move the Court, pursuant to USCS Fed Rules Civ Proc R 59(e), to alter the judgment of March 6, 2023, whereby the Court stated: "In the absence of a stipulation to dismiss, the court DISMISSES the case without prejudice to plaintiffs' right to refile the amended complaint at any time within the next 120 days without paying an additional filing fee." *Order Dismissing Case, Document 89*. The parties seek a dismissal with prejudice and a termination of Plaintiffs' right to refile.

Pursuant to Rule 59(e), "A motion to alter or amend a judgment must be filed no later than 28 days after the entry of the judgment." *Id.* Pursuant to USCS Fed Rules Civ Proc R 7(b), the

parties request that the order be altered because they were not provided an opportunity to be heard on the issues before Document 89 was issued. As such, the dismissal is inconsistent with the parties' agreement. Thus, the parties request that the Honorable Court, pursuant to Rule 59(e), alter the order, consistent with the proposed stipulated order, attached hereto.

WHEREFORE, the parties respectfully request that the Court grant the proposed order.

DATED at Springfield, Vermont, this 21st day of March, 2023.

**BOXER BLAKE & MOORE PLLC**
Attorneys for Defendants
Kenneth Schatz, Karen Shea,
Cindy Wolcott & Brenda Gooley

By: /s/ Oliver Abbott, Esq. for
Andrew C. Boxer, Esq.
24 Summer Hill Street
P.O. Box 948
Springfield, VT 05156
(802) 885-2141
acboxer@boxerblake.com

DATED at Burlington, Vermont, this 21st day of March, 2023.

**JARVIS MCARTHUR & WILLIAMS**
Attorneys for Plaintiffs

By: /s/ Brooks G. McArthur
Brooks G. McArthur, Esq
David J. Williams, Esq.
Gravel & Shea PC
P. O. Box 369
Burlington, VT 05402-0369
bmcarthur@gravelshea.com

DATED at Burlington, Vermont, this 21st day of March, 2023.

                **CLARK, WERNER, & FLYNN**
                Attorneys for Defendants
                Amelia Harriman, Melanie D'Amico,
                Edwin Dale & Erin Longchamp

By:   /s/ Lisa M. Werner
        Lisa M. Werner, Esq.
        Susan J. Flynn, Esq.
        192 College Street
        Burlington, VT 05401
        802-865-0088
        lisawerner@cwf-pc.com
        susanflynn@cwf-pc.com

DATED at Montpelier, Vermont, this 21st day of March, 2023.

                **THERIAULT & JOSLIN, P.C.**
                Attorneys for Defendant
                Jay Simons

By:   /s/ Wesley Lawrence
        Wesley Lawrence, Esq.
        141 Main Street, Ste 4
        Montpelier, VT 05602
        802-223-2381
        wmlawrence@tjoslin.com

DATED at Woodstock, Vermont, this 21st day of March, 2023.

                **WOODSTOCK LAW, PC**
                Attorneys for Defendant
                William Cathcart

By:   /s/ Bonnie Badgewick
       Bonnie J. Badgewick, Esq.
       43 Lincoln Corners Way, Suite 103
       Woodstock, Vermont 05091
       802-457-2123
       bbadgewick@woodstockvtlaw.com

DATED at Burlington, Vermont, this 21st day of March, 2023.

                **MCNEIL LEDDY & SHEAHAN**
                Attorneys for Defendants
                Marcus Bunnell, John Dubuc &
                Kevin Hatin

By:   /s/ Mick Leddy
       Mick Leddy, Esq.
       Joe Farnham, Esq.
       271 S Union St
       Burlington, VT 05401
       802-863-4531
       mleddy@mcneilvt.com
       jfarnham@mcneilvt.com

DATED at Rutland, Vermont, this 21st day of March, 2023.

          **RYAN SMITH & CARBINE, LTD**
          Attorneys for Defendants
          Anthony Brice & Chris Hamlin

By:   /s/ Francesca Bove
      Francesca Bove, Esq,
      Andrew Maass, Esq.
      98 Merchants Row
      P.O. Box 310
      Rutland, VT 05702-0310
      fmb@rsclaw.com
      AHM@rsclaw.com

DATED at Burlington, Vermont, this 21st day of March, 2023.

          **HEILMANN, EKMAN, COOLEY & GAGNON, INC.**
          Attorneys for Defendants
          Nicholas Weiner, David Martinez,
          Tim Piette, Devin Rochon &
          Carol Ruggles

By:   /s/ Jon Alexander
      Jon Alexander, Esq.
      Robin O. Cooley, Esq.
      125 College Street
      2nd Floor
      Burlington, Vermont
      05401-0216
      802-864-4555
      jalexander@healaw.com
      rcooley@healaw.com

DATED at Burlington, Vermont, this 21st day of March, 2023.

                                  **SHEEHEY, FURLONG & BEHM P.C.**
Attorneys for Defendants
Aron Steward & Bryan Scrubb

By: /s/ Devin T. McKnight
      Ian Carleton, Esq.
      Sarah Heim, Esq.
      30 Main Street
      P.O. Box 66
      Burlington, VT 05402-0066
      802-864-9891
      icarlton@sheeheyvt.com