## UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

| | |
|---|---|
| CATHY WELCH, Administrator of the Estate of G.W., R.H., T.W., T.F., D.H., B.C., and A.L., by Next Friend Norma Labounty,<br>    Plaintiffs,<br><br>v.<br><br>KENNETH SCHATZ, KAREN SHEA, CINDY WOLCOTT, BRENDA GOOLEY, JAY SIMONS, KEVIN HATIN, ARON STEWARD, MARCUS BRUNNELL, JOHN DUBUC, WILLIAM CATHCART, BRYAN SCRUBB, NICHOLAS WEINER, DAVID MARTINEZ, CAROL RUGGLES, TIM PIETTE, DEVIN ROCHON, AMELIA HARRIMAN, MELANIE D'AMICO, EDWIN DALE, ERIN LONGCHAMP, CHRISTOPHER HAMLIN, and ANTHONY BRICE, all in their individual capacities,<br>    Defendants. | Civil Action No. 5:21-cv-00283 |

## ORDER DISMISSING CASE WITH PREJUDICE

The Court grants the parties stipulated motion to alter the March 6, 2023 Order of Dismissal (Document 89) with the following order:

The Court orders that this case is DISMISSED WITH PREJUDICE, and Plaintiff's right to refile is terminated.

Dated at Burlington, in the District of Vermont, this _____ day of March 2023.

_____
United States District Chief Judge

7